**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JCDECAUX AIRPORT, INC. and
MIAMI AIRPORT CONCESSION LLC,

                    Plaintiffs,

                                            16 **CIV** 5067 (NRB)

        -against-                    **DEFAULT JUDGMENT**

TOM SAWYER PRODUCTIONS, INC.
d/b/a TOM SAWYER COMPANY,
INTERACTIVE AIRPORT ADVERTISING,
LLC, and CAROLYN SAWYER,

                    Defendants.
-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum and Order dated March 23, 2020, Defendants have totally failed to show any cause why a default judgment should not be entered in favor of plaintiffs on all counts of their amended complaint; therefore, judgment is entered in the sum of $672,196.26 as sought in the amended complaint plus $12,500 as ordered in the February 11, 2020 memorandum and order, for a total sum of $684,696.26 in favor of plaintiffs and against defendants and the case is closed.

**DATED**: New York, New York
            March 25, 2020

                                            **RUBY J. KRAJICK**
                                             **Clerk of Court**
                                  **BY**: _____
                                             **Deputy Clerk**