```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 7/23/2020           │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JCDECAUX AIRPORT, INC. and
MIAMI AIRPORT CONCESSION LLC,

                Plaintiffs,

16 CIVIL 5067 (NRB)

     -against-

**AMENDED DEFAULT JUDGMENT**

TOM SAWYER PRODUCTIONS, INC.
d/b/a TOM SAWYER COMPANY,
INTERACTIVE AIRPORT ADVERTISING,
LLC, and CAROLYN SAWYER,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum and Order dated March 23, 2020, and the Court's Memorandum and Order dated July 22, 2020, Defendants have totally failed to show any cause why a default judgment should not be entered in favor of plaintiffs on all counts of their amended complaint; therefore, judgment is entered in the sum of $672,196.26 as sought in the amended complaint plus $12,500 as ordered in the February 11, 2020 memorandum and order, for a total sum of $684,696.26 in favor of plaintiffs and against defendants. Plaintiffs are also granted an additional award of $224,065.42 in attorneys' fees.

**DATED**: New York, New York
          July 23, 2020

                                              **RUBY J. KRAJICK**
                                                Clerk of Court

                                 BY: _____
                                            Deputy Clerk